IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:18cr72 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER TO SEAL** |
| (1) JONATHAN KEENAN BERKLEY | ) | |
| AKA, "Cash and "Tray | ) | |
| (2) KENDRICK TYRONE DAVIS | ) | |
| (3) SAWYER DREW DOXTAD | ) | |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the above referenced Bill of Indictment, Warrants, and the Motion to Seal in the above referenced case be sealed.

This the 6 day of June, 2018.

DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA