FILED
ASHEVILLE, N.C.
NOV 06 2018
U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br>(1) JONATHAN KEENAN BERKLEY,<br>(2) KENDRICK TYRONE DAVIS,<br>(3) SAWYER DREW DOXTAD | DOCKET NO. 1:18CR72 |

## ORDER UNSEALING INDICTMENT AND ARREST WARRANTS

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment and arrest warrants be unsealed,

**IT IS HEREBY ORDERED** that the indictment and arrest warrants be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 6th day of November, 2018.

W. CARLETON METCALF
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA